IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rhonda Cogar,                    :

          Plaintiff,             :

     v.                          :     Case No. 2:09-cv-00679

Michael J. Astrue,               :     JUDGE FROST
Commissioner of Social Security,
                                 :
          Defendant.

<u>ORDER</u>

     This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on March 10, 2010.
The time for filing objections has passed, and no objections have
been filed to the Report and Recommendation.  Therefore, the
Court ADOPTS the Report and Recommendation.  Plaintiff's
statement of errors is OVERRULED.  The Clerk is directed to enter
judgment in favor of the defendant.


                              /s/ Gregory L. Frost
                              GREGORY L. FROST
                              UNITED STATES DISTRICT JUDGE